UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA,                 :   15 Cr. 765 (PAC)

                       - v. -                       :   **NOTICE OF APPEARANCE**

EFRAIN ANTONIO CAMPO FLORES and   :
FRANQUI FRANCISCO FLORES DE FREITAS,  :

                     Defendants.       :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by David M. Rody, hereby respectfully enters its appearance as counsel of record in the above-captioned action for and on behalf of defendant Franqui Francisco Flores de Freitas. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
          April 1, 2016

                                                SIDLEY AUSTIN LLP

                                                By:  /s/ David M. Rody
                                                   David M. Rody
                                                 (drody@sidley.com)
                                                 787 Seventh Avenue
                                                 New York, New York  10019
                                                 Tel.: (212) 839-5951
                                                 Fax:  (212) 839-5599

                                                 *Attorneys for Defendant*
                                                 *Franqui Francisco Flores de Freitas*