```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :   15 Cr. 765 (PAC)
                                                               :
                   - v. -                                      :
                                                               :   **NOTICE OF APPEARANCE**
                                                               :
EFRAIN ANTONIO CAMPO FLORES and                                :
FRANQUI FRANCISCO FLORES DE FREITAS,                           :
                                                               :
                                   Defendants.                 :
---------------------------------------------------------------X
```

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Michael D. Mann, hereby respectfully enters its appearance as counsel of record in the above-captioned action for and on behalf of defendant Franqui Francisco Flores de Freitas. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
        April 1, 2016

                               SIDLEY AUSTIN LLP

                               By: /s/ Michael D. Mann
                                   Michael D. Mann
                                   (mdmann@sidley.com)
                                   787 Seventh Avenue
                                   New York, New York 10019
                                   Tel.: (212) 839-5837
                                   Fax: (212) 839-5599

                                   *Attorneys for Defendant*
                                   *Franqui Francisco Flores de Freitas*