UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v.-                                            DECLARATION

EFRAIN ANTONIO CAMPO FLORES, and        S2 15 Cr. 765 (PAC)
FRANQUI FRANCISCO FLORES DE FREITAS,

                                    Defendants.

        I, EMIL J. BOVE III, pursuant to Title 28, United States Code, Section 1746, declare under penalty of perjury:

        1.     I am an attorney admitted to the bar of the State of New York and the bar of this Court, and one of the Assistant United States Attorneys for the Southern District of New York responsible for this matter. I respectfully submit this declaration in support of the Government's opposition to the five joint motions filed by the defendants on or about July 1, 2016.

        2.     Attached hereto as Exhibit A are a letter from the Drug Enforcement Administration ("DEA"), dated November 10, 2015, requesting that the government of Haiti transfer the defendants to the custody of the United States, as well as an English-language translation of the letter.

        3.     Attached hereto as Exhibit B are a letter from the Haitian Ministry of Justice and Public Safety, dated November 10, 2015, authorizing the transfer of the defendants to the custody of the United States, as well as an English-language translation of the letter.

4. Attached hereto as Exhibit C are handwritten notes. Based on conversations with DEA Special Agent Leith R. Habayeb, I understand that Special Agent Habayeb took these notes contemporaneously with events related to the defendants on or about November 10, 2015.

5. Attached hereto as Exhibit D is a photograph. Based on conversations with DEA Special Agent Jacinto Flores, I understand that the photograph was taken on or about November 10, 2015, and it depicts Special Agent Flores, members of the Haitian *Bureau de Lutte contre le Trafic illicite de Stupéfiants*, and the defendants just prior to the time when the defendants boarded a DEA plan and were transported to the Southern District of New York.

6. Attached hereto as Exhibit E are a copy of a Spanish-language waiver form that appears to have been signed by Efrain Antonio Campo Flores ("Campo") on or about November 10, 2015, and an English-language translation of the waiver form.

7. Attached hereto as Exhibit F is a copy of a DEA report regarding statements by Campo.

8. Attached hereto as Exhibit G are a copy of a Spanish-language waiver form that appears to have been signed by Franqui Francisco Flores De Freitas ("Flores") on or about November 10, 2015, and an English-language translation of the waiver form.

9. Attached hereto as Exhibit H is a copy of a DEA report regarding statements by Flores.

10. Attached hereto as Exhibit I is a copy of the transcript from the defendants' November 12, 2015 presentments before the Honorable James L. Cott, Magistrate Judge.

11. Attached hereto as Exhibit J is a summary describing audio and video recordings that were produced by the Government to the defendants during discovery in this matter.

12. Attached hereto as Exhibit K are DEA reports relating to audio and video recordings; the reports were produced by the Government to the defendants during discovery in this matter.

13. Attached hereto as Exhibit L is one of the two search warrant affidavits that were produced by the Government to the defendants during discovery in this matter.

14. Attached hereto as Exhibit M is a transcript of the May 12, 2016 proceeding conducted by the Court pursuant to *United States* v. *Curcio*, 680 F.2d 881 (2d Cir. 1982).

15. Attached hereto as Exhibit N is a copy of the August 12, 2013 Memorandum of former Attorney General Eric H. Holder Jr. regarding Department of Justice Policy on Charging Mandatory Minimum Sentences and Recidivist Enhancements in Certain Drug Cases.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing information is true and correct.

Dated:   New York, New York
         July 22, 2016

EMIL J. BOVE III
Assistant United States Attorney