Exhibit K

| U.S. Department of Justice | (DO NOT USE FOR DRUG EVIDENCE) |
|---|---|
| Drug Enforcement Administration | ACQUISITION OF NONDRUG PROPERTY SEIZURES |

| 1. Date Prepared: 11-02-2015 | 2. Case Number: ▇ | 3. File Title: ▇ | 4. GDEP #: ▇ |
|---|---|---|---|
| 5. Group Number: ▇ | 6. Program Code: | 7. Date taken Into DEA Custody: 11-02-2015 | 8. Where obtained (Country, City, State) USA, Chantilly, VA |

| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>    ☐ Safekeeping<br>☐ Transfer to Another Agency/DEA Office | 10. Type: | ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☐ Property *<br>    ☐ Title III-Related<br>☐ Other (Specify) _____ |
|---|---|---|---|

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____.
☐ No. Explain: _____.

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-1 | Exhibit N-1 is described as one (1) DVD containing audio recordings of meetings between CS-▇ and CS-▇ and Efrain CAMPO-Flores and Franqui FLORES in Caracas, VZ on October 23rd and 26th, 2015. | |
| N-2 | Exhibit N-1 is described as one (1) portable hard drive containing audio/video recordings of meetings between CS-▇ and CS-▇ and Efrain CAMPO-Flores and Franqui FLORES in Caracas, VZ on October 23rd and 26th, 2015. | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ | If none, explain: _____.

If applicable, date of Ballistics Check (Attach results to this document): _____.

16. REMARKS:
On November 2, 2015, SA Gonzalez received recording devices from CS-▇ and CS-▇. The devices contained recordings of meetings between the CSs and Efrain CAMPO-Flores and Franqui FLORES in Caracas, Venezuela on October 23rd and 26th, 2015 discussing a future cocaine transaction. On this same date, SA Gonzalez transferred the recordings to a DVD and a portable hard drive and processed them as Exhibits N-1 and N-2, respectively. SA Gonzalez maintained custody of the Exhibits at the Special Operations Division until they were processed as evidence and submitted to the Non-Drug Evidence Custodian for storage and safekeeping as reflected in relevant DEA Form 7A.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Sandalio Z Gonzalez, SA | 18a. Type/Print Name of Supervisor: /s/ Robert F Zachariasiewicz, GS |
|---|---|
| 17b. Signature and Date: 11-02-2015 | 18b. Signature and Date: 11-04-2015 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

21. Date Entered into ENEDS/CERTS:

DEA Form 7a (10/07) *(Previous editions are obsolete)*

7915004

| U.S. Department of Justice | | | | | *(DO NOT USE FOR DRUG EVIDENCE)* | |
|---|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | **ACQUISITION OF NONDRUG PROPERTY SEIZURES** | |

| 1. Date Prepared: 11-03-2015 | 2. Case Number: ▓ | 3. File Title: ▓ | | | | 4. GDEP #: ▓ |
|---|---|---|---|---|---|---|
| 5. Group Number: ▓ | 6. Program Code: | 7. Date taken into DEA Custody: 10-29-2015 | 8. Where obtained (Country, City, State) USA, Chantilly, VA | | | |

| 9. Basis: | [X] Evidence <br> [ ] Forfeiture <br> [ ] Transfer in from Another Agency/DEA Office <br> [ ] Temporary Custody <br>     [ ] Safekeeping <br>     [ ] Transfer to Another Agency/DEA Office | 10. Type: | [ ] Cash or other Monetary <br> [ ] Recovered Official Advanced Funds, OAF <br> [ ] Property * <br>     [ ] Title III-Related <br> [X] Other (Specify) Documents |
|---|---|---|---|

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
    [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
    [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-3 | Three printed documents for an international flight plan from Honduras | |

**15. If firearm, enter the following information:**

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

**16. REMARKS:**
Exhibit N-3 is three printed documents for an international flight plan. The exhibit was acquired by SA Sandalio Gonzalez on October 29, 2015 via email from SA Matthew Passmore (Tegucigalpa CO).

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Kevin J Corcoran, SA | 18a. Type/Print Name of Supervisor: /s/ Robert F Zachariasiewicz, GS |
|---|---|
| 17b. Signature and Date: 11-03-2015 | 18b. Signature and Date: 11-03-2015 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

21. Date Entered into ENEDS/CERTS: _____

DEA Form 7a (10/07) *(Previous editions are obsolete)*

7916029

| U.S. Department of Justice | | | | | *(DO NOT USE FOR DRUG EVIDENCE)* |
|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | ACQUISITION OF NONDRUG PROPERTY SEIZURES |

| 1. Date Prepared: 11-17-2015 | 2. Case Number: ▮▮▮ | 3. File Title: ▮▮▮ | | 4. GDEP #: ▮▮▮ |
|---|---|---|---|---|
| 5. Group Number: ▮▮▮ | 6. Program Code: | 7. Date taken into DEA Custody: 11-10-2015 | 8. Where obtained (Country, City, State) Haiti, Port-au-Prince | |

| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>　☐ Safekeeping<br>　☐ Transfer to Another Agency/DEA Office | 10. Type: | ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☐ Property *<br>　☐ Title III-Related<br>☒ Other (Specify) CD |
|---|---|---|---|

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
   ☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____.
   ☐ No. Explain: _____.

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-4 | Exhibit N-4 is described as one (1) compact disc containing an audio recording of a meeting between CS-▮▮▮ and Efrain CAMPO-Flores and Franqui FLORES in Port-au-Prince, Haiti on November 10, 2015 | |
| N-5 | Exhibit N-5 is described as one (1) DVD containing an audio/video recording of a meeting between CS-▮▮▮ and Efrain CAMPO-Flores and Franqui FLORES in Port-au-Prince, Haiti on November 10, 2015 | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ | If none, explain: _____.

If applicable, date of Ballistics Check (Attach results to this document): _____.

16. REMARKS:
On November 10, 2015, the CS provided SA Gonzalez with the recording devices following a meeting with CAMPO and FLORES. On this same date, SA Gonzalez transferred custody of the recording devices to SA Habayeb who transported them to the Special Operations Division and subsequently returned custody to SA Gonzalez on November 13, 2015. SA Gonzalez subsequently transferred the recordings to a compact disc and DVD and processed them as Exhibits N-4 and N-5, respectively. SA Gonzalez maintained custody of the exhibits at the Special Operations Division until they were processed as evidence and submitted to the Non-Drug Evidence Custodian for storage and safekeeping as reflected in relevant DEA Form 7A.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator:<br>Sandalio Z Gonzalez, SA | 18a. Type/Print Name of Supervisor:<br>/s/ Robert F Zachariasiewicz, GS |
|---|---|
| 17b. Signature and Date: 11-17-2015 | 18b. Signature and Date: 11-23-2015 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

21. Date Entered into ENEDS/CERTS:

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

7944085

| U.S. Department of Justice | | | | | (DO NOT USE FOR DRUG EVIDENCE) | |
|---|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | ACQUISITION OF NONDRUG PROPERTY SEIZURES | |

| 1. Date Prepared: 11-30-2015 | 2. Case Number: ▮ | 3. File Title: ▮ | | | | 4. GDEP #: ▮ |
|---|---|---|---|---|---|---|
| 5. Group Number: ▮ | 6. Program Code: | 7. Date taken into DEA Custody: 11-30-2015 | 8. Where obtained (Country, City, State) USA, Chantilly, VA | | | |
| 9. Basis: | [X] Evidence<br>[ ] Forfeiture<br>[ ] Transfer in from Another Agency/DEA Office<br>[ ] Temporary Custody<br>    [ ] Safekeeping<br>    [ ] Transfer to Another Agency/DEA Office | | 10. Type: | [ ] Cash or other Monetary<br>[ ] Recovered Official Advanced Funds, OAF<br>[ ] Property *<br>    [ ] Title III-Related<br>[X] Other (Specify) DVD | | |

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
   [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
   [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-6 | One DVD containing a CS meeting in Honduras on November 5, 2015. | |
| N-7 | two DVD's containing an undercover CS meeting in Honduras on November 6, 2015. | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:
Exhibit N-6 and N-7 are DVD's containing undercover CS meetings on November 5 & 6, 2015 in Honduras. The Exhibits were transferred from the CS to SA Matthew Passmore, who transferred the Exhibits to SA Corcoran.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Kevin J Corcoran, SA | 18a. Type/Print Name of Supervisor: Robert F Zachariasiewicz, GS |
|---|---|
| 17b. Signature and Date: 11-30-2015 | 18b. Signature and Date: |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |
| 20. Received by: | |
| Type/Print Name: | Signature and Date: |
| 21. Date Entered into ENEDS/CERTS: | |

DEA Form 7a (10/07) (Previous editions are obsolete)

| U.S. Department of Justice | | | | | | (DO NOT USE FOR DRUG EVIDENCE) |
|---|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | | ACQUISITION OF NONDRUG PROPERTY SEIZURES |

| 1. Date Prepared: 12-01-2015 | 2. Case Number: [redacted] | 3. File Title: [redacted] | | 4. GDEP #: [redacted] |
|---|---|---|---|---|
| 5. Group Number: [redacted] | 6. Program Code: | 7. Date taken into DEA Custody: 12-01-2015 | 8. Where obtained (Country, City, State) USA, Chantilly, VA | |

| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>    ☐ Safekeeping<br>    ☐ Transfer to Another Agency/DEA Office | 10. Type: | ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☐ Property *<br>    ☐ Title III-Related<br>☒ Other (Specify) DVD |
|---|---|---|---|

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____.
☐ No. Explain: _____.

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-8 | One DVD containing three audio recordings between a DEA CS and targets of this investigation. The Recordings took place on November 5th and 6th, 2015. | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ . If none, explain: _____ .

If applicable, date of Ballistics Check (Attach results to this document): _____ .

16. REMARKS:
Exhibit N-8 is a DVD containing 3 audio recordings between a DEA CS and targets of this investigation on November 5th and 6th, 2015. The Exhibit was acquired by SA Corcoran on December 1, 2015 via FED-EX from SA Daniel Adame (Merida RO).

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Kevin J Corcoran, SA | 18a. Type/Print Name of Supervisor: Robert F Zachariasiewicz, GS |
|---|---|
| 17b. Signature and Date:      12-01-2015 | 18b. Signature and Date: |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 21. Date Entered into ENEDS/CERTS: | |
|---|---|

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-11-2015 | 2. Case Number: ▮ | 3. File Title: ▮ | | 4. GDEP #: ▮ |
|---|---|---|---|---|
| 5. Group Number: ▮ | 6. Program Code: ▮ | 7. Date taken into DEA Custody: 11-10-2015 | 8. Where obtained (Country, City, State) Haiti, Port-Au-Prince | |

| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>  ☐ Safekeeping<br>  ☐ Transfer to Another Agency/DEA Office | 10. Type: | ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☒ Property *<br>  ☐ Title III Related<br>☐ Other (Specify) _____ |
|---|---|---|---|

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____.
☐ No. Explain: _____.

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-131 | A white colored IPhone inside of a black colored phone case.<br>Model: 1549<br>FCCID: BCG-E2816A IC: 579C-E2816A<br>IMEI: 354408065138098 | |
| N-132 | A blue colored Samsung Galaxy 6 Edge inside of a black sleeve.<br>Model: SM-G925A<br>FCCID: A3LSMG925A<br>IMEI: 357741060614425 | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____.   If none, explain: _____.

If applicable, date of Ballistics Check (Attach results to this document): _____.

**16. REMARKS:**
On November 10, 2015, the New York Organized Crime Drug Enforcement Strike Force (NYOCDESF) Group Z-43, SOD Bilateral Investigation Unit (BIU, Latin America and Caribbean Group and the Port-au-Prince Country Office (PCO) concluded an undercover operation targeting Efrain Antonio CAMPO-Flores and Franqui Francisco FLORES-de-Freitas. CAMPO and FLORES were arrested in Port-au-Prince, Haiti while attempting to sell approximately 800 kilograms of cocaine to a DEA Confidential Source. CAMPO-Flores and FLORES-de-Freitas were expelled to DEA custody for transport to the Southern District of New York (SDNY) via DEA Airwing. On November 10, 2015, SA Kimojha Brooks took possession of Exhibits N-131 thru N-134 and maintained custody of said exhibits until storing them in a temporary locked storage container. On November 19, 2015, retrieved said exhibits from the temporary locked storage container and transported them to the New York Division and relinquished custody of said exhibits to the NYD Non-Drug Evidence Custodian (NYNDEC) for safekeeping.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator:<br>Kimojha U Brooks, SA | 18a. Type/Print Name of Supervisor:<br>Eric W Baldus, GS |
|---|---|
| 17b. Signature and Date:                                11-11-2015 | 18b. Signature and Date: |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

21. Date Entered into ENEDS/CERTS:

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 2

**U.S. Department of Justice**  
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*  
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-11-2015 | 2. Case Number: ▓▓▓ | 3. File Title: ▓▓▓ | | 4. GDEP #: |
|---|---|---|---|---|
| 5. Group Number: ▓▓▓ | 6. Program Code: | 7. Date taken into DEA Custody: 11-10-2015 | 8. Where obtained (Country, City, State): Haiti, Port-Au-Prince | |

**9. Basis:**  
☒ Evidence  
☐ Forfeiture  
☐ Transfer in from Another Agency/DEA Office  
☐ Temporary Custody  
  ☐ Safekeeping  
☐ Transfer to Another Agency/DEA Office

**10. Type:**  
☐ Cash or other Monetary  
☐ Recovered Official Advanced Funds, OAF  
☒ Property *  
  ☐ Title III Related  
☐ Other (Specify) _____

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

**11.** If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?  
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____  
☐ No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-133 | A black colored Samsung Note Edge 32GB<br>Model: SM-N915A UD<br>FCC I: A3LSMN915A<br>Serial Number: R38FCONJSFR   ZK<br>IMEI# 355072060683364 | |
| N-134 | A rose gold colored IPhone<br>Model: A1549<br>FCCID: BCG-E2816AIC579C-E2816A<br>IMEI: 354404065408185 | |

**15. If firearm, enter the following information:**

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____   If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

**16. REMARKS:**  
On November 10, 2015, the New York Organized Crime Drug Enforcement Strike Force (NYOCDESF) Group Z-43, SOD Bilateral Investigation Unit (BIU, Latin America and Caribbean Group and the Port-au-Prince Country Office (PCO) concluded an undercover operation targeting Efrain Antonio CAMPO-Flores and Franqui Francisco FLORES-de-Freitas. CAMPO and FLORES were arrested in Port-au-Prince, Haiti while attempting to sell approximately 800 kilograms of cocaine to a DEA Confidential Source. CAMPO-Flores and FLORES-de-Freitas were expelled to DEA custody for transport to the Southern District of New York (SDNY) via DEA Airwing. On November 10, 2015, SA Kimojha Brooks took possession of Exhibits N-131 thru N-134 and maintained custody of said exhibits until storing them in a temporary locked storage container. On November 19, 2015, retrieved said exhibits from the temporary locked storage container and transported them to the New York Division and relinquished custody of said exhibits to the NYD Non-Drug Evidence Custodian (NYNDEC) for safekeeping.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Kimojha U Brooks, SA | 18a. Type/Print Name of Supervisor: Eric W Baldus, GS |
|---|---|
| 17b. Signature and Date: 11-11-2015 | 18b. Signature and Date: |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

21. Date Entered into ENEDS/CERTS: _____

DEA Form 7a (10/07) *(Previous editions are obsolete)*