UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EFRAIN ANTONIO CAMPO FLORES and FRANQUI FRANCISCO FLORES DE FREITAS<br><br>Defendants. | No. 15-cr-765 (PAC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Joanna C. Wright, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Efrain Antonio Campo Flores in the above-captioned proceeding.

Dated: New York, New York
September 6, 2016

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Joanna C. Wright
Joanna C. Wright
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
jwright@bsfllp.com

*Attorney for Defendant
Efrain Antonio Campo Flores*