EDITION: UNITED STATES

Business    Markets    World    Politics    Tech    Commentary    Breakingviews    Money    Life



**COMMODITIES** | Fri Sep 23, 2016 | 12:40pm EDT

# Venezuela PDVSA awards $138 million contract to tackle petcoke problem



The logo of the Venezuelan state oil company PDVSA is seen at a gas station in Caracas, Venezuela, September 14, 2016. REUTERS/Henry Romero



### TRENDING STORIES

1  Exclusive: Yahoo secretly scanned customer emails for U.S. intelligence - sources

2  South Carolina governor orders evacuation ahead of hurricane

Venezuelan state oil company PDVSA said on Friday that Maroil Trading Inc has won a $138 million contract to remove a large pile of petroleum coke at the Jose solids terminal in the eastern state of Anzoategui.

Petcoke, a byproduct of upgrading tar-like Orinoco oil into lighter crude, has accumulated quickly at Jose since a 2009 fire temporarily halted its export. The large black dunes have drawn criticism from environmentalists and nearby communities.

PDVSA [PDVSA.UL] rejects environmental criticism as a smear campaign by enemies of Venezuela's socialist government.

The company has awarded several contracts to clean up the petcoke mounds in recent years, but little progress has been made, according to union sources and workers at Jose.

Maroil is run by Venezuelan shipping magnate Wilmer Ruperti, according to the businessman's LinkedIn profile.

Ruperti rose to prominence during a 2002-2003 oil industry shutdown by providing shipping services that helped late President Hugo Chavez regain control of the sector. He has since become a vocal supporter of the ruling Socialist Party.

Opposition critics frequently describe Ruperti as an opportunist who has used political connections to obtain business deals.

Neither Maroil nor Ruperti could immediately be reached for comment.

PDVSA did not immediately respond to requests for comment on the company, the petcoke's commercialization or the time frame for the removal of the pile.

Details of the tender were not immediately available.

PDVSA said 2.5 tonnes of petcoke are derived from every 100 barrels of upgraded extra-heavy crude from the oil-rich Orinoco Belt. The international price of the product is about $35 per tonne, it added.

(Reporting by Alexandra Ulmer; Additional reporting by Marianna Parraga in Houston; Editing by Matthew Lewis)

ALSO IN COMMODITIES

Shippers brace for new rules to cut deadly sulfur emissions

Oil ends down, then jumps on chance of another U.S. crude draw

3 Philippine leader tells Obama 'go to hell', says can buy arms from Russia, China

4 Trump calls tax avoidance 'smart,' most Americans call it 'unpatriotic': Poll

5 WikiLeaks' Assange signals release of documents before U.S. election

NEXT IN COMMODITIES

OPEC sights set for now on $50-60 per barrel oil: PIRA's Ross 
NEW YORK OPEC producers have their sights set on a sustained oil price of $50-$60 per barrel, a modest ambition for the first cut in supply by the oil exporting group in eight years, says one of the industry's top forecasters.

Iran signs key oil contract with Khamenei-linked firm 
WASHINGTON Iran signed the first oil output contract under a new, less restrictive model on Tuesday, Iranian oil officials were quoted as saying, with a firm identified by the United States as part of a conglomerate controlled by Iran's Supreme Leader.

EDITOR'S PICK

### MORE FROM REUTERS

U.S. judge says racecar driver, others owe $1.27 billion in payday case

Three Chinese fishermen killed in confrontation with South Korea coastguard

'Chicken shacks' are lifeline for New Jersey's Afghan immigrants

Putin's close friend: Donald Trump will be next U.S. president

French actress Cotillard denies role in Jolie, Pitt split

### SPONSORED CONTENT

**How 1 Man Turned $50,000 into $5.3 Million** *Investing Daily*

**A massive stock market rally is at our doorsteps, according to ...** *The Sovereign Society*

**If You Owe Less Than $300k, Use Obama's Mortgage Relief Program** *Innovative Metrics*

**See How Chinese Cyber Celebrities Are Cashing In On Their Fame** *Alizila*

**The Motley Fool Gives "Total Conviction" Buy Signal** *The Motley Fool*

r

Promoted by **Dianomi**

LIVE: Election 2016

### SPONSORED TOPICS



### FROM AROUND THE WEB    Promoted by Taboola

**Why Guys Are Saying Goodbye to "Normal Belts"**
*SlideBelts*

**5 Natural Ways to Keep Irritable Bowel Syndrome in Check**
*WebMD*

**Warning! This game is highly addicting**
*Sparta - Free Online Game*

**Understanding HIV - Watch**
*HealthiNation*

**This game will keep you up all night!**
*Stormfall: Free Online Game*

**Learn Why Harry's Razors Are Taking The Internet By Storm**
*Harry's*

Follow Reuters:                                                                                        Subscribe: Feeds | Newsletters | Podcasts | Apps

Reuters News Agency | Brand Attribution Guidelines | Delivery Options

Reuters is the news and media division of Thomson Reuters. Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Learn more about Thomson Reuters products:

**EIKON**
Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface

**ELEKTRON**
Everything you need to empower your workflow and enhance your enterprise data management

**WORLD-CHECK**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks

**WESTLAW**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology

**ONESOURCE**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs

**CHECKPOINT**
The industry leader for online information for tax, accounting and finance professionals

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2016 Reuters. All Rights Reserved. | Site Feedback | Corrections | Advertise With Us | Advertising Guidelines | ▷ AdChoices | Terms of Use | Privacy Policy

http://www.reuters.com/article/us-venezuela-pdvsa-petcoke-idUSKCN11T21U                                10/4/2016