<u>*United States v. Campo Flores & Flores de Freitas*, S5 15 Cr. 765 (PAC)</u>

<u>Verdict Form</u>

**COUNT I**

With regard to Count One, which charges the defendants with conspiring to import into the United States, or manufacture and distribute with knowledge and intent that it will be imported into the United States, 5 kilograms and more of cocaine, has the Government proven the charges with regard to the following defendants beyond a reasonable doubt?

Please enter your unanimous verdict:

a. Efrain Antonio Campo Flores

\_\_\_\_\_ Not guilty      \_\_\_\_\_ Guilty

b. Franqui Francisco Flores de Freitas

\_\_\_\_\_ Not guilty      \_\_\_\_\_ Guilty

_____
FOREPERSON