

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 14, 2016

Via ECF & Email
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Email: CrottyNYSDChambers@nysd.uscourts.gov

Re:   **United States v. Campo Flores, *et ano.*,** S5 15 Cr. 765 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter regarding the effect of the Government's decision to terminate Jose Santos Pena's cooperation agreement. The Government will not suggest to the jury that it should base its credibility assessment of Santos Pena on the "truth-telling" provisions of the cooperation agreement.

The Government does not believe any special instruction is warranted. *See* Sand, Modern Federal Jury Instr. 7-17 (explicitly not recommending a stand-alone instruction for "trial perjury"). Instead, a standard instruction explaining that "witness credibility need not be decided in an all-or-nothing fashion" and "even if you find that a witness testified falsely in one part, you may still accept his or her testimony in other parts, or may disregard all of it," is appropriate.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:_____
Emil J. Bove III / Brendan F. Quigley
Assistant United States Attorneys
(212) 637-2444 / 2190